No. ——.

First Circuit

----

## DAY v. ST. JOE BRICK WORKS

----

(June 26, 1926, Opinion and Decree)

----

(*Syllabus by the Editor.*)

1. **Louisiana Digest—Appeal—Par. 483.**

A record filed in the appellate court after the return days had expired is too late and the appeal must be dismissed.

Appeal from the Parish of St. Tammany, Hon. Prentiss B. Carter, Judge.

Action by Harry T. Day against St. Joe Brick Works, et al.

S. W. Provensal, of Slidell, attorney for plaintiff.

Ellis and Ellis, of Rayville, attorneys for defendant.

MOUTON, J. An appeal was first granted in this case, devolutive and suspensive, returnable to this court on September 4, 1925. Subsequently, a devolutive appeal was granted, returnable here on the 7th of March, 1926. The record was filed in this court on the 2nd of April, 1926. It was therefore filed after the return days had expired as fixed in both orders of appeal. Appellee has filed a motion to dismiss which must prevail.

The appeal is therefore dismissed at the cost of appellant.